IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, and of Western Corporate Federal Credit Union,<br><br>      Plaintiff,<br><br>v.<br><br>BARCLAYS CAPITAL INC., BCAP LLC, and SECURITIZED ASSET BACKED RECEIVABLES LLC,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 12-cv-2631 JWL/JPO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, and of Western Corporate Federal Credit Union respectfully appeals to the United States Court of Appeals for the Tenth Circuit from this Court's final judgment entered on July 10, 2013 dismissing the action and from all interlocutory opinions and orders underlying that judgment, including without limitation the Court's July 10, 2013 Memorandum and Order filed in this action, and (to the extent incorporated by reference in the Memorandum and Order filed in this action) the Court's July 10, 2013 Memorandum and Order filed in *National Credit Union Administration Board v. Credit Suisse Securities (USA) LLC, et al.* ("*NCUA v. Credit Suisse*"), No. 12-2648-JWL (D. Kan.) and the Court's April 8, 2013 Memorandum and Order filed in *NCUA v. Credit Suisse*.

Dated: July 15, 2013                       Respectfully submitted,

                                               **STUEVE SIEGEL HANSON LLP**

By:  /s/ Rachel E. Schwartz
     Norman E. Siegel (D. Kan. # 70354)
     Rachel E. Schwartz (Kan. # 21782)
     460 Nichols Road, Suite 200
     Kansas City, Missouri 64112
     816-714-7100
     816-714-7101 (fax)
     siegel@stuevesiegel.com
     schwartz@stuevesiegel.com

     George A. Zelcs
     KOREIN TILLERY LLC
     205 North Michigan Avenue, Suite 1950
     Chicago, Illinois 60601
     Tel: 312-641-9750
     Fax: 312-641-9751
     GZelcs@koreintillery.com

     David C. Frederick, *pro hac vice*
     Mark C. Hansen, *pro hac vice*
     Wan J. Kim, *pro hac vice*
     Gregory G. Rapawy, *pro hac vice*
     KELLOGG, HUBER, HANSEN, TODD,
       EVANS & FIGEL, P.L.L.C.
     1615 M Street, N.W., Suite 400
     Washington, DC 20036
     Tel: 202-326-7900
     Fax: 202-326-7999
     dfrederick@khhte.com
     mhansen@khhte.com
     wkim@khhte.com
     grapawy@khhte.com

     *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Rachel E. Schwartz
*Attorney for Plaintiff*